IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00074-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JONATHAN MISAEL GOMEZ | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 15, 2019 this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant's plea of guilty to offenses in violation of 21 U.S.C. § 846 and 18 U.S.C. § 924(c)(1)(A), and agreement to the forfeiture of the property listed in the February 15, 2019 Preliminary Order of Forfeiture, to wit:

a) A .38 caliber Hi-Point firearm, bearing serial number P865861;

b) A .40 caliber, Glock 27 handgun, bearing serial number WEU017;

c) Any and all related ammunition; and

d) $1,495.00 in United States currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between August 1, 2020 and August 30, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's February 15, 2019 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the $1,495.00 in U. S. currency, the subject firearms, and any and all related ammunition listed above are hereby forfeited to the United States. That the United States is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this _2_ day of _August_, 2021.

JAMES C. DEVER III
United States District Judge